IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHRADHA PRADHAN | § § § | |
| v. | § § | CIVIL ACTION NO. 3:17-cv-1347 |
| | § | JURY DEMAND |
| DANIEL DWIGHT ROSS AND | § | |
| LANDSTAR RANGER, INC. | § | |

### STIPULATION OF DISMISSAL

Plaintiff **SHRADHA PRADHAN,** through her attorney Jordan M. Torry, The Torry Law Group, PLLC, and Defendant **LANDSTAR RANGER, INC.** through its attorneys, Michael P. Sharp and Tanner A. Wilson, of Fee, Smith, Sharp & Vitullo, L.L.P., submit this stipulation of dismissal with the court.

A. Introduction

1. Plaintiff is **SHRADHA PRADHAN** and Defendant is **LANDSTAR RANGER, INC.**

2. Defendant **DANIEL DWIGHT ROSS** was previously dismissed without prejudice via Order from the Court on September 14, 2017.

B. Stipulations

2. Plaintiff and Defendant have agreed to the following stipulations:

    a.    All matters in controversy had been settled amicably; and

    b.    This suit should be dismissed with prejudice to refiling same by Plaintiff.

Respectfully submitted,


**By:** *:/s/Jordan Torry*
Jordan M. Torry - State Bar No.: 24058152
The Torry Law Group, PLLC
4265 San Felipe, Suite 1000
Houston, TX  77027
(713) 800 6999
(713) 623 8724 (Fax)
jordan@torrylaw.com

**ATTORNEYS FOR PLAINTIFF SHRADHA PRADHAN**


**By:** */s/Tanner Wilson*
Michael P. Sharp, Attorney in Charge
Texas Bar No.: 24040738
msharp@feesmith.com
Tanner A. Wilson
Texas Bar No.: 24080715
twilson@feesmith.com
Fee, Smith, Sharp & Vitullo
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: (972) 934-9100
Facsimile: (972) 934-9200

**ATTORNEYS FOR DEFENDANT LANDSTAR RANGER, INC.**