IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHRADHA PRADHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LANDSTAR RANGER, INC., | ) |
| | ) |
| Defendant. | )   Civil Action No. 3:17-CV-1347-C |

## ORDER

On this day, the Court considered the Parties' Joint Stipulation of Dismissal, filed November 20, 2018.

IT IS THEREFORE ORDERED that all claims asserted against Defendant, Landstar Ranger, Inc., are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same. The Clerk of the Court is directed to close this civil action. Further, the Court's trial setting of December 3, 2018, is hereby **VACATED**.

SO ORDERED this 27th day of November, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE